IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE<br>INSURANCE COMPANY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: |
| JERMEASE ROSS and<br>TERESA GONZALEZ | : | |
| | : | |
| Defendants | : | |

**CORPORATE DISCLOSURE STATEMENT OF
RELIANCE STANDARD LIFE INSURANCE COMPANY**

Reliance Standard Life Insurance Company ("Reliance Standard"), who is the plaintiff in this action, hereby makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Reliance Standard Life Insurance Company is an indirect subsidiary of Delphi Financial Group, Inc., which is traded publicly on the New York Stock Exchange.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

**SIGNATURES ON NEXT PAGE**

2171929-1

*[signature: George T. Lees]*

**OF COUNSEL**
Joshua Bachrach, Esquire
Rawle & Henderson, LLP
40 Lake Center Executive Park
Suite 200, Route 73 North
Marlton, NJ 08053
(856) 797-8915

Date: October 18, 2007

George T. Lees, III, Esq. (#3647)
glees@rawle.com
Rawle & Henderson, LLP
300 Delaware Avenue – Ste. 1015
P.O. Box 0588
Wilmington, DE 19899-0588
(302) 778-1200
Attorneys for Plaintiff,
Reliance Standard Life Insurance Company

2171929-1