IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANCE STANDARD LIFE : 
INSURANCE COMPANY :
 :
      Plaintiff : CIVIL ACTION
 :
      v. : NO.: 07-655 SLR
 :
JERMEASE ROSS and :
TERESA GONZALEZ :
 :
      Defendants :

### AFFIDAVIT OF MAILING FOR DEFENDANT TERESA GONZALEZ

STATE OF DELAWARE   )
                                ) ss.
NEW CASTLE COUNTY )

BE IT REMBERED that on this ___ day of November, 2007, personally appeared before me the Subscriber, a Notary Public for the State and County of aforesaid, George T. Lees, III, who being by me duly sworn according to law, did depose and say that:

1. He is an attorney with the law firm of Rawle & Henderson, LLP, counsel for the plaintiff in the above-captioned matter.

2. Defendant Teresa Gonzalez is a non-resident of the State of Delaware. The last known address of Teresa Gonzalez is 8196 Clarkson Court, Centennial, Colorado, 80122.

3. On October 24, 2007, Affiant caused to be mailed, by registered mail, return receipt requested, a letter to Teresa Gonzalez. A copy of the Complaint and Summons were enclosed with the registered letter. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

2163081-1

4. Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

5. The registered letter provided notice to defendant that the original Complaint and Summons in the captioned matter had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del. C. § 3104, such service was as effectual for all intents and purposes as if it had been made upon this defendant personally in the State of Delaware.

6. The registered letter was signed for and received on or about November 2, 2007. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on or about November 6, 2007, a true and correct copy of which is attached as Exhibit C and made a part hereof.

_____
George T. Lees, III,

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

EMILY NADINE BUCCI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 2, 2009

2163081-1

# EXHIBIT A

# RAWLE & HENDERSON LLP



GEORGE T. LEES III
302-778-1200
glees@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE: (302) 778-1200
FACSIMILE: (302) 778-1400

October 24, 2007

**Via Registered Mail Return Receipt Requested & U.S. Mail**
Teresa Gonzalez
8196 S. Clarkson Court
Centennial, CO 80122

    RE:    Reliance Standard Life Insurance Company v.
            Jermease Ross and Teresa Gonzalez
            C.A. No.: 07-655

Dear Ms. Gonzalez:

    Pursuant to the provisions of 10 Del.C. §3104, I am enclosing a copy of the Summons and Complaint, together with a copy of the Return of Service in the above-captioned case.

    You are hereby notified that service of the original such process has been served upon the Secretary of the State of Delaware on October 19, 2007.

    As you can see, these papers name you as a Defendant in a civil action which has been initiated in the United States District Court for the State of Delaware. Under the provision of Title 10, Section 3104 of the Delaware Code, such service is as effectual to all intents and purposes as if it had been made upon you personally within the state.

    As such, a response to the enclosed Complaint is due within twenty (20) days.

                                        Very truly yours,

                                        RAWLE & HENDERSON LLP

                                        George T. Lees III

GTL:dlg
Enclosure

2176998-1

PHILADELPHIA, PA    PITTSBURGH, PA    HARRISBURG, PA    MEDIA, PA    MARLTON, NJ    NEW YORK, NY    WILMINGTON, DE    WHEELING, WV

# EXHIBIT B

**PS Form 3806, Receipt for Registered Mail** (May 2004) (7530-02-000-9051)
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Registered No.: RE 038 598 352 US

**To Be Completed By Post Office**
- Reg. Fee: $9.50
- Handling Charge: $0.00
- Postage: $4.60
- Received by: KB
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: WILMINGTON, 10/24/07

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**To Be Completed By Customer** (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM:
George T. Lees, III, Esq.
Rawle + Henderson LLP
300 Delaware Ave - Ste. 1015
Wilmington, DE 19801

TO:
Teresa Gonzalez
8146 Clarkson Ct.
Centennial, CO 80122

OFFICIAL USE

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Teresa Gonzalez
   8196 Clarkson Ct.
   Centennial, CO

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label):
   RE 038 598 552 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952