# RAWLE & HENDERSON LLP



GEORGE T. LEES III
302-778-1200
glees@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

November 9, 2007

**Via Electronic Filing**
Dr. Peter T. Dalleo
Clerk of Court
**United States District Court for the
  State of Delaware**
844 N. King Street, Room 4209
Wilmington, DE  19801

   RE: **Reliance Standard Life Insurance Company v.
      Jermease Ross and Teresa Gonzalez
      C.A. No.: 07-655**

Dear Dr. Dalleo:

  Enclosed under cover of this letter please find a copy of the document and envelope enclosing same that I received from Mr. Jermease Ross dated October 24, 2007, received by my office on November 8, 2007. As you will note, Mr. Ross entitles this document "Answer to Complaint" and it is unclear from the materials received by Mr. Ross whether a copy of this document was provided to the Clerk's Office and Ms. Gonzalez. Out of an abundance of caution, I am providing this document to the Court.

  Please note that Plaintiff Reliance Standard Life Insurance Company does not, however, by submitting this document to the Court and the envelope from Mr. Ross enclosing same, agree that the document itself does constitute a proper Answer to the Complaint and, as such, Plaintiff reserves the right to raise any arguments it may have with regards to the enclosed documents at the appropriate time.

              Respectfully submitted,

              RAWLE & HENDERSON LLP

              George T. Lees III

GTL/lmm

2176998-1

PHILADELPHIA, PA PITTSBURGH, PA HARRISBURG, PA MEDIA, PA MARLTON, NJ NEW YORK, NY WILMINGTON, DE WHEELING, WV

# RAWLE & HENDERSON LLP

Dr. Peter T. Dalleo
November 9, 2007
Page 2

Enclosure
cc:   Scott Swanson, Esq. (w/encl.), Counsel for Theresa Gonzalez
      Jermease Ross (w/out encl.)

2176998-1

Rawle & Henderson                                           10-24-07

## Answer to Complaint

As named Primary of insurance policy I have filed which would result in proper claim due to Jermease Ross.

As Teresa Gonzalez is appointed guardianship over property accounts etc. for three minor children - but is not a legel guardian of children

Complaint states that there are competing claim for Jermease Ross benefits - though there are 4 beneficary on Beneficiay Form - of which 25% is due to Jermease Ross - which would leave no competing claim on benefits due to Jermease Ross of 25% which remains due to beneficary

As result of reasons stated above Jermease Ross asks that remaining benefits be paid to Jermease Ross as he is a Primary holder.

x [signature]

[signature] 11/6/07
Notary

Exp 3/12/09





THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR THE CONTENTS OF THE LETTER.