IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANCE STANDARD LIFE          )
INSURANCE COMPANY,              )
                                )
    Plaintiff                   )
                                )
    v.                          )          Civil Action No. 07-655
                                )
JERMEASE ROSS and               )
TERESA GONZALEZ, as Guardian    )
of the Property of Elizabeth Ware's )
Minor Children                  )
                                )
    Defendants                  )

## ANSWER OF DEFENDANT TERESA GONZALEZ TO PLAINTIFF'S INTERPLEADER COMPLAINT

Defendant Teresa Gonzalez (the "Defendant"), in her capacity as guardian of the property of Elizabeth Ware's minor children (the "Children"), by and through her undersigned counsel, answers the Plaintiff's Interpleader Complaint and avers as follows:

### JURISDICTION

1.    Admitted.

### VENUE

2.    Admitted.

### PARTIES

3.    Admitted.

4.    Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4, except that it is Defendant's

understanding that Jermease Ross ("Ross") is an individual resident of Delaware and is currently incarcerated.

     5.     Admitted.

## FACTUAL ALLEGATIONS

     6.     Admitted.

     7.     Admitted that the decedent, at the time of her death, was a participant in a group life insurance plan offered by her employer, with the Plaintiff as the insurer. As to the rest of the allegations contained in paragraph 7, Defendant lacks information and knowledge sufficient to form a belief as to their truth.

     8.     Admitted that benefits totaling $84,000 became payable upon decedent's death. As to the rest of the allegations contained in paragraph 8, Defendant lacks information and knowledge sufficient to form a belief as to their truth.

     9.     Admitted, to the extent that Exhibit "G" to the Plaintiff's Interpleader Complaint is a true and correct copy of the decedent's Designation of Change of Beneficiary form.

     10.     Admitted.

     11.     Admitted, to the extent that Exhibit "G" to the Plaintiff's Interpleader Complaint is a true and correct copy of Ross' claim statement, the validity of the assertions therein Defendant denies.

     12.     Admitted, and by way of further answer, the Children are entitled to the disputed benefits under 12 *Del. C.* § 2322, more commonly known as the Delaware "Slayer's Statute", under which the slayer is treated as predeceasing the insured, and the beneficiary provisions of the respective insurance policies, attached to Plaintiff's

Interpleader Complaint as Exhibits "B" and "C", respectively, which provide for the children of the insured to take in the event of the failure of any named beneficiary.

13.    Admitted.

14.    Admitted.

## COUNT I - INTERPLEADER

15.    Defendant incorporates by reference her answers set forth in paragraphs 1 through 14 above as if those answers were fully set forth herein.

16.    Admitted, and by way of further answer, Defendant's admissions shall in no way be construed as acknowledgment of the validity of the assertions of Ross' claim.

17.    The allegations contained in paragraph 17 state legal conclusions to which no response is required.

18.    The allegations contained in paragraph 18 state legal conclusions to which no response is required.

19.    The allegations contained in paragraph 19 state legal conclusions to which no response is required.

20.    The allegations contained in paragraph 20 state legal conclusions to which no response is required.

WHEREFORE, Defendant Teresa Gonzalez, in her capacity as guardian of the property of Elizabeth Ware's minor children, respectfully requests that this Court enter an Order:

A.    Awarding the full amount of benefits due under the applicable policies, totaling $21,000, with interest, to the Children, care of the Defendant as guardian; and

3

B.    Affording any such other and additional relief as the circumstances may

warrant and the Court deems just.

CONNOLLY BOVE LODGE & HUTZ LLP

Charles J. Durante (#800)
Scott E. Swenson (#4766)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
Attorneys for Defendant Teresa Gonzalez

DATED: November 13, 2007

4

## CERTIFICATE OF SERVICE

I, Scott E. Swenson, Esq., hereby certify that on November 13, 2007 copies of the ANSWER OF DEFENDANT TERESA GONZALEZ TO PLAINTIFF'S INTERPLEADER COMPLAINT and accompanying documents were caused to be served upon the following:

### BY HAND DELIVERY AND FACSIMILE

George T. Lees, III, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

### BY REGISTERED MAIL

Jermease Ross
SBI #00354048
Howard R. Young Correctional Inst.
P.O. Box 9279
Wilmington, DE 19809

Scott E. Swenson (# 4766)