Rawle & Henderson                                    10-24-07
    Answer to Complaint
                                  07-655 (SLR)

   As named Primary of insurance policy I have filed which would result in proper claim due to Jermease Ross.

   As Teresa Gonzalez is appointed guardianship over property accounts etc. for three minor children - but is not a legal guardian of children

   Complaint states that there are competing claim for Jermease Ross benefits - though there are 4 beneficary on Beneficiay Form - of which 25% is due to Jermease Ross · which would leave no competing claim on benefits due to Jermease Ross of 25% which remains due to beneficary

   As result of reasons stated above Jermease Ross asks that remaining benefits be paid to Jermease Ross as he is a Primary holder.

x _____



FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

_____ 11/16/07
Notary

Exp 3/12/09

S. Ross
1361 E 12th St.
Wilm, De. 19809

CLERK
U.S. District Court
844 N. KING St.
Wilm. De. 19801

