# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

November 19, 2007

George Thomas Lees, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
New Castle, DE 19899

Mr. Jermease Ross
Howard R. Young Correctional
Institute
P.O. Box 9561
Wilmington, DE 19809

Scott Edward Swenson, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Re: <u>Reliance Standard Life Insurance Co. v. Jermease Ross, et al.</u>; Civ. No. 07-655-SLR

Dear Messurs Lees, Swenson, and Ross:

Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **December 19, 2007**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

Cordially,

SUE L. ROBINSON

SLR/rd
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-655-SLR ) |
| JERMEASE ROSS and TERESA GONZALEZ, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this     day of December, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **January 18, 2008.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **May 19, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **June 19, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **July 3, 2008.** Reply briefs shall be filed on or before **July 11, 2007.**

_____
United States District Judge