

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Scott E. Swenson
TEL (302) 252-4233
FAX (302) 252-4209
EMAIL SSwenson@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

December 18, 2007

**BY E-FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street
Room 4124
Lockbox 10
Wilmington, DE 19801

Re: **Reliance Standard Life Ins. Co. v. Ross, et al; C.A. No. 07-655-SLR**

Dear Chief Judge Robinson:

Counsel for each of Plaintiff Reliance Standard Life Insurance Company and Defendant Teresa Gonzalez have reviewed the Court's proposed scheduling order, filed November 20, 2007, and make no objections thereto.

If the Court has any questions, we are available at Your Honor's convenience.

Respectfully submitted,

/s/George T. Lees, III

George T. Lees, III (#3647)
*Counsel for Plaintiff*

/s/Scott E. Swenson

Scott E. Swenson (#4766)
*Counsel for Defendant Teresa Gonzalez*

SES/s

cc: Clerk of the Court (by CM/ECF)
    Mr. Jermease Ross (via certified mail)
    Joshua Bachrach, Esq. (via first class mail)
    Charles J. Durante, Esq. (#800) (via hand delivery)

581350