IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERMEASE ROSS and TERESA GONZALEZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-655-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 8th day of January, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **January 18, 2008.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **May 19, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **June 19, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **July 3, 2008**. Reply briefs shall be filed on or before **July 11, 2007**.

_____
United States District Judge