IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JERMEASE ROSS and )<br>TERESA GONZALEZ, as Guardian )<br>of the Property of Elizabeth Ware's )<br>Minor Children )<br>)<br>Defendants ) | Civil Action No. 07-655 |

### REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT TERESA GONZALEZ

Defendant Teresa Gonzalez ("Defendant Gonzalez"), in her capacity as guardian of the property of Elizabeth Ware's three minor children (the "Children"), replies to the Response of Reliance Standard Life Insurance Company ("Plaintiff") to the Motion for Summary Judgment by Defendant Gonzalez ("Plaintiff's Response") as follows:

1.  With the deadline for responding to the Motion for Summary Judgment of Defendant Gonzalez having passed with only the Plaintiff having filed a response, this Reply ought to conclude briefing on the matter.

2.  With no party having raised any dispute with regard to any material issue of fact, this case is ripe for summary judgment.

3.  Defendant Gonzalez does not contend with the original assertions of the Plaintiff's Response, namely that interest on the Disputed Benefits ought to be limited to 3% per year.

4.  Defendant Gonzalez further consents to the form of Plaintiff's Proposed Order, filed contemporaneous with the Plaintiff's Response, with the caveat that said Proposed Order provide that the Disputed Benefits be paid to Defendant Gonzalez, for all the reasons set forth in her Motion for Summary Judgment.

5.  Moreover, with no material issue of fact in dispute, Defendant Gonzalez respectfully submits that there is no need for oral argument in this matter.

WHEREFORE, Defendant Teresa Gonzalez, in her capacity as guardian of the property of Elizabeth Ware's minor children, respectfully requests that the Court enter an Order:

A.  Awarding the full amount of benefits due under the Policies, totaling $21,000, to the Children of Elizabeth Ware, care of Defendant Teresa Gonzalez as guardian, with interest at the rate of 3% per year from May 3, 2007 until the date of payment; and

B.  Affording any such other and additional relief as the circumstances may warrant and the Court deems just.

CONNOLLY BOVE LODGE & HUTZ LLP

*/S/ Scott E. Swenson*
Charles J. Durante (#800)
Scott E. Swenson (#4766)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Defendant Teresa Gonzalez*

DATED: July 11, 2008

**CERTIFICATE OF SERVICE**

I, Scott E. Swenson, Esq., hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

**BY CM/ECF:**

>George T. Lees, III, Esquire
>Rawle & Henderson, LLP
>300 Delaware Avenue, Suite 1015
>P.O. Box 588
>Wilmington, DE 19899

I further certify that on July 11, 2008, the foregoing document was served on the following persons as indicated below:

>**BY REGISTERED MAIL**
>Jermease Ross
>SBI #00354048
>Howard R. Young Correctional Inst.
>P.O. Box 9279
>Wilmington, DE 19809

>*/S/ Scott E. Swenson*
>Scott E. Swenson (# 4766)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 07-655 |
| JERMEASE ROSS and TERESA GONZALEZ, as Guardian of the Property of Elizabeth Ware's Minor Children | ) ) ) ) ) | |
| Defendants | ) | |

**ORDER GRANTING SUMMARY JUDGMENT**

AND NOW, TO WIT, it appearing that Defendant Teresa Gonzalez, on behalf of and as guardian of the minor Children of Elizabeth Ware, has moved this Court for an order granting summary judgment in favor of the Children, and the Court having duly considered the submissions of the parties, IT IS HEREBY ORDERED that:

1. The Motion for Summary Judgment of Defendant Teresa Gonzalez is hereby GRANTED; and

2. The Disputed Benefits, totaling $21,000, plus interest at the rate of 3% per year from May 3, 2007 until the date of payment, are to be paid to Defendant Teresa Gonzalez as guardian of the property of the minor Children of Elizabeth Ware within _____ days of the entry of this Order.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
U.S. District Court Judge Sue L. Robinson